# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lee Harris,<br><br>        Plaintiff,<br><br>v.<br><br>Phemonia L Miller, et al.,<br><br>        Defendants. | **NO. CV-21-01016-PHX-JJT (MHB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 21, 2021, the Complaint and this action are dismissed pursuant to 28 U.S.C. § 1915(g) without prejudice to Plaintiff filing a complaint in a new case accompanied by the full $350.00 filing fee and $50.00 administrative fee. The docket shall reflect that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellate Procedure 24(a)(3)(A), that any appeal of this decision would not be taken in good faith.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

June 21, 2021

                                            s/ W. Poth
                              By   Deputy Clerk